## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**CHAQUITA BARNES**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 4:16-cv-121-DMB-JMV**

**OMEGA LABORATORIES, INC.**                                          **DEFENDANT**

### ORDER

Consistent with the court's ruling from the bench at the [69] telephonic hearing:

The final pretrial order in this case— which was due from Ms. Barnes*, pro se*, on October 20, 2017— is now well overdue. Ms. Barnes was reminded that despite her *pro se* status she, nevertheless, must adhere to the court's deadlines in this case, or, at the very least, advise the court in advance of a need for an extension.

Given Ms. Barnes' *pro se* status, the court will once again exercise leniency and permit her until noon on October 25, 2017 to submit to the undersigned the revised executed pretrial order which shall contain all of the provisions previously agreed to with defense counsel as well as any revisions defense counsel made and submitted to her— including any objection she may have thereto as well as provisions supplied by Ms. Barnes. Upon the court's receipt of the final pretrial order, the court will transmit it to defense counsel for one final review to ensure that the document does continue to contain provisions added on behalf of the defendant as well as any objections defendant may wish to assert regarding any provisions added by Ms. Barnes.

Ms. Barnes' failure to comply with this further order of the court will result in the court assessing monetary and/or other appropriate sanctions against her.

SO ORDERED this the 24th day of October, 2017.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE