**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CHAQUITA BARNES**                                                                          **PLAINTIFF**

**V.**                                                           **NO. 4:16-CV-121-DMB-JMV**

**OMEGA LABORATORIES, INC.**                                         **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 30th day of October, 2017.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**